# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Christopher Campanella**

    vs.                      **CASE NUMBER: 1:10-CV-37 (NAM/RFT)**

**Solomon & Solomon, P.C.**

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendant's Motion to Dismiss the complaint is granted, the 30 day deadline for plaintiff to file an amended complaint has expired and therefore this action is dismissed without prejudice without further order of the court.  Judgment is hereby entered in favor of the defendant Solomon & Solomon, P.C. and against Christopher Campanella.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 16th day of March, 2011.

DATED: April 20, 2011

*Lawrence K. Baerman*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk